FILED
17-0235
12/22/2017 1:18 PM
tex-21462991
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

## NO. 17-0235

_____

# IN THE SUPREME COURT OF TEXAS
# AUSTIN, TEXAS

_____

BRETT RADCLIFFE, ROBERT RADCLIFFE,
AND MAMBA MINERALS, LLC,

*Petitioners,*

v.

TIDAL PETROLEUM, INC.,

*Respondent.*

FROM THE COURT OF APPEALS FOR THE FOURTH COURT OF APPEALS DISTRICT OF TEXAS

## PETITIONERS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

TO THE HONORABLE SUPREME COURT OF TEXAS:

NOW COME Brett Radcliffe, Robert Radcliffe, and Mamba Minerals, LLC (collectively "the Radcliffes") and files their Motion for Extension of Time to File Motion for Rehearing ("Motion") under TEX. R. APP. P. 10.1 and 10.5(b). Petitioners respectfully request that the time to file their motion for rehearing be extended for fifteen (15) days until January 11, 2018. This is Petitioners' first request for an extension of time to file their motion for rehearing.

4850-6079-1641.1

112412\000002

The circumstances supporting this request are as follows:

1. Petitioners filed their Petition for Review on May 24, 2017.

2. On December 8, 2017, this Honorable Court denied the Petition for Review.

3. Petitioners' motion for rehearing of the Court's denial of the Petition for Review is due December 27, 2017.[1] Petitioners now file this request for an extension to file their motion for rehearing.

4. Counsel for Petitioners has conferred with opposing counsel and Respondent does not oppose this motion for extension of time.

5. This extension of time is necessary due to multiple scheduling conflicts and caseload volume for counsel for Petitioners, as listed below:

- Preparing for the December 18, 2017 deposition of Expert Witness Dr. Christopher Mathewson in Cause No. M-16-033-CV-A *San Miguel Electric Cooperative, Inc. v. DCP Sand Hills Pipeline, LLC* pending in the 36th Judicial District Court of McMullen County, Texas.

- Preparing post-submission briefing in Cause No. 13-17-00104-CV *Kevin Martin, et al. v. Newfield Exploration Company, et al.* pending in the Court of Appeals for the 13th District of Texas argued on December 7, 2017.

- Preparing a Motion to Compel and Response to Motion to Amend the Docket Control Order in Cause No. M-16-033-CV-A *San Miguel Electric Cooperative, Inc. v. DCP Sand Hills Pipeline, LLC* pending in the 36th Judicial District Court of McMullen County, Texas filed on December 20, 2017.

---

[1] The deadline for Petitioners' to file a motion for rehearing falls on Saturday, December 23rd. The following Monday and Tuesday, December 25 and 26, this Honorable Court is closed for the Christmas holiday.

4850-6079-1641.1

112412\000002

- Closing the settlement before end of year for Cause No. 15-08-00185-CVK *Louis Dorfman, et al. v. Viceroy Petroleum, et al.* pending in the 81st Judicial District Court of Karnes County, Texas.

- Closing the settlement before end of year for Cause No. 12-03-22239 *Burlington Resources Oil & Gas Company, LP, et al. v. West 17th Resources, LLC, et al.* pending in the 267th District Court of DeWitt County, Texas.

This extension is also necessary due to the Christmas holiday.

6. No party will be prejudiced by this extension of time. This extension of time is not sought for the purposes of delay or hindrance, but rather so that Petitioners' counsel has an opportunity to prepare a motion for rehearing that is worthy of this Court's review and attention, and so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Petitioners, Brett Radcliffe, Robert Radcliffe, and Mamba Minerals, LLC, respectfully request that the Court grant this motion and extend the deadline to file their motion for rehearing for fifteen (15) days to January 11, 2018. Petitioners also request such further relief to which they are entitled.

4850-6079-1641.1
112412\000002

Respectfully submitted,

DYKEMA COX SMITH
James M. "Marty" Truss
State Bar No. 00797577
mtruss@dykema.com
Melanie L. Fry
State Bar No. 24069741
mfry@dykema.com
Reagan M. Marble
State Bar No. 24087971
rmarble@dykema.com
112 E. Pecan St., Suite 1800
San Antonio, Texas 78205
Telephone:  (210) 554-5500
Facsimile: (210) 226-8395

By: */s/ Reagan M. Marble*
    Reagan M. Marble

*Attorneys for Petitioners Brett Radcliffe, Robert Radcliffe, and Mamba Minerals, LLC*

4

4850-6079-1641.1
112412\000002

## CERTIFICATE OF CONFERENCE

This certifies that the undersigned, counsel for Petitioners, conferred with Counsel for Respondent via email on December 20, 2017 regarding this motion, and the Respondent does not oppose this Motion for Extension of Time to File Motion for Rehearing.

*/s/ Reagan M. Marble*
Reagan M. Marble

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Appellate Procedure, I certify that a true and correct copy of this Motion for Extension of Time to File Motion for Rehearing was served upon the following counsel of record by electronic service on December 22, 2017:

Denise P. Tomlinson
DENISE P. TOMLINSON, P.L.L.C.
911 W. FM 1626, Suite 105
Austin, Texas 78748
(512) 477-4800 – Telephone
(512) 477-4832 – Telecopier
denisep_tomlinson@yahoo.com

James Bruce Bennett
CARDWELL, HART & BENNETT, LLP
807 Brazos Street, Suite 1001
Austin, Texas 78701
(512) 322-0011 – Telephone
(512) 322-0808 – Telecopier
bruce@cardwellhartbennett.com
jbb.chblaw@me.com

*/s/ Reagan M. Marble*
Reagan M. Marble

4850-6079-1641.1
112412\000002